MCINTOSH LAW CORPORATION
Eric McIntosh, Esq., SBN 182163
Mail: 400 Oceangate, Seventh Floor
Long Beach, CA 90802
(562) 216-2608; (562) 216-2611Fax
emac@themcintoshlaw.com
Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ROGERS, *an individual,* | CASE NO.: 2:19-cv-04772-MWF(PLAx) |
| Plaintiff, | [PROPOSED] ORDER DISMISSAL WITH PREJUDICE |
| v. | |
| VEEJETA, L.P., *a California limited partnership,* | |
| Defendant. | |

## [PROPOSED] ORDER DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Eric Rogers ("Plaintiff") and Veejeta, L.P., ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: February 20, 2020

_____
UNITED STATES DISTRICT JUDGE